A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Feb 02, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jan 15, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION          MDL No. 1968

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-8)**

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 571 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 63 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Feb 02, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                MDL No. 1968

## SCHEDULE CTO-8 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3  08-5671           Janice Long, etc. v. Mylan Inc., et al.

LOUISIANA EASTERN
  ~~LAE  2  08-5051~~           ~~Susan Tabor, et al. v. Actavis, Inc., et al.~~  Opposed 1/29/09

LOUISIANA MIDDLE
  LAM  3  08-804            Louis V. Gaudet, etc. v. Actavis Group, hf, et al.

MINNESOTA
  MN  0  08-6348            Laurel Allenberg v. Actavis Totowa, LLC, et al.

TEXAS SOUTHERN
  TXS  4  08-3648           Rachael Poore', et al. v. Actavis Totowa, LLC, et al.

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**     MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-8)

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Matthew F. Block
BLOCK LAW FIRM
422 East First Street
P.O. Box 108
Thibodaux, LA 70302

Jeremy Daniel Cloyd
LAW OFFICES OF
SANFORD M CIPINKO
55 Francisco Street
Suite 403
San Francisco, CA 94133

Michael D. Hutchens
MEAGHER & GEER PLLP
4400 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

James B. Irwin, V.
IRWIN FRITCHIE URQUHART
& MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Rebecca Ann Lefler
TUCKER ELLIS & WEST LLP
515 Sout Flower Street
42nd Floor
Los Angeles, CA 90017-2223

Benjamin P. Mouton
MCGLYNN & GLISSON APLC
340 Florida Street
P.O. Box 1909
Baton Rouge, LA 70821-1909

Gregory T. Skikos
LOPEZ HODES RESTAINO
MILMAN & SKIKOS
625 Market Street
15th Floor
San Francisco, CA 94105

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Monica Celeste Vaughan
HOUSSIERE DURANT
& HOUSSIERE LLP
1990 Post Oak Boulevard
Suite 800
Three Post Oak Central
Houston, TX 77056-3812

Charles S. Zimmerman
ZIMMERMAN REED PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge W. Royal Furgeson, Jr.<br>United States District Court<br>Western District of Texas<br><br>Judge Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:       [202] 502-2888<br>http://www.jpml.uscourts.gov |

February 2, 2009

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Re: MDL No. 1968 - IN RE: Digitek Products Liability Litigation

(See Attached CTO-8)

Dear Ms. Deppner:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 15, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached to this letter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Teresa Bishop_
Teresa Bishop
Intake and Records Specialist

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Joseph R. Goodwin

JPML Form 36A